**Electronically Filed
Supreme Court
SCWC-20-0000472
07-OCT-2021
11:29 AM
Dkt. 9 ODAC**

SCWC-20-0000472

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RUEL S. BALLESTEROS,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000472; CASE NO. 1DTA-19-00511)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Ruel S. Ballesteros'

application for writ of certiorari filed on August 11, 2021, is

hereby rejected.

DATED: Honolulu, Hawai'i, October 7, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

